THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THE HUDSON RIVER CONNECTING RAILROAD CORPORA-TION, Respondent.

*People* v. *Hudson River Connecting R. R. Corp.*, 187 App. Div. 963, appeal dismissed.

(Argued December 9, 1919; decided March 2, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department entered March 7, 1919, in so far as it affirmed an order of Special Term denying a motion for resettlement of the judgment and order theretofore entered so that said judgment would indicate that it was not made upon the merits and so that said order and judgment should recite all of the papers used on the application for a temporary injunction.

*Charles D. Newton, Attorney-General (William E. Woollard* and *C. T. Dawes* of counsel), for appellant.

*Robert E. Whalen* and *Alexander S. Lyman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.